**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MARCO ANTONIO PEREZ,** | ) **CRIMINAL ACTION NO. 21-00005-JB** |
| | ) |
| Defendant. | ) |

**VERDICT FORM**

1. As to Count One of the Indictment, Receiving a Firearm While Under Indictment, we the jury find the Defendant (circle one)

   (GUILTY)                    NOT GUILTY

2. As to Count Two of the Indictment, Possession of a Stolen Firearm, we the jury find the Defendant (circle one)

   (GUILTY)                    NOT GUILTY

3. As to Count Three of the Indictment, Obstruction of Justice by Killing or Attempting to Kill a Witness, we the jury find the Defendant (circle one)

   GUILTY                      (NOT GUILTY)

1

4. As to Count Four of the Indictment, Carrying, Using, and Discharging a Firearm During and in Relation to a Crime of Violence, we the jury find the Defendant (circle one)

   GUILTY                    (NOT GUILTY)

If you find the Defendant guilty of Count Four continue to Item 5. If you find the Defendant not guilty of Count Four stop after you have completed Item 4.

5. As to Count Four of the Indictment, we the jury find that: (circle one)

   The firearm WAS discharged.            The firearm WAS NOT discharged.

_____            10-6-21
Foreperson                                      Date

2